IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| STACEY M. WILLIAMS, M.D. | ) | |
| | ) | |
| v. | ) | NO. 3:12-01273 |
| | ) | JUDGE CAMPBELL |
| MICHAEL PYLE | ) | |

**ORDER**

Pending before the Court are Defendant's Motion for Summary Judgment (Docket No. 29) and Defendant's Motion to Exclude Testimony of Plaintiff's Proffered Expert Phillip Davidson (Docket No. 35). For the reasons stated in the accompanying Memorandum, Defendant's Motion for Summary Judgment is DENIED as to Counts I-IV of Plaintiff's Complaint and GRANTED as to Count V (interference with medical care) of her Complaint, which she has abandoned. Defendant's Motion to Exclude Expert Testimony is also DENIED.

The case remains set for trial on August 12, 2014, with a pretrial conference on August 4, 2014, at 1:00 p.m.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE